

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/17/2009

| | | |
|---|---|---|
| IN RE: | § | |
| KENNETH BETCHER; dba ALPHA | § | CASE NO: 08-35950 |
| KUSTOM & KOLLISION, *et al* | § | |
|    Debtor(s) | § | |
| | § | CHAPTER 7 |
| | § | |
| JANET S CASCIATO-NORTHRUP | § | |
|    Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 09-3211 |
| | § | |
| KENNETH BETCHER, *et al* | § | |
|    Defendant(s) | § | |

## ORDER DENYING CROSS MOTIONS FOR SUMMARY JUDGMENT
## (DOC ## 30, 31)

     Defendant's motion for summary judgment (docket # 30) and Plaintiff's cross motion for summary judgment (docket # 31) are denied.  There are at least two significant fact issues for trial, for which the Court's assessment of the credibility of testimony is essential.  One issue is Debtor's "intent" in making the transfers and the other issue is valuation.

SIGNED 11/17/2009.

_____
Wesley W. Steen
United States Bankruptcy Judge